**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUTTER RANCH CORPORATION, )<br>An Oklahoma corporation, and SUTTER )<br>RANCH MINERAL TRUST, )<br>   )<br>   Plaintiffs, )<br>   )<br>   ) Case No.  CIV-16-42-C  <br>v.   ) State Case No. CJ-2015-7<br>   ) Ellis County District Court<br>CABOT OIL & GAS CORPORATION, )<br> a Texas corporation, UNIT PETROLEUM )<br>COMPANY, an Oklahoma corporation, APACHE )<br>CORPORATION, a Delaware corporation, )<br>CHESAPEAKE OPERATING, INC., now )<br>CHESAPEAKE OPERATING, LLC, an Oklahoma )<br>limited liability company, LIME ROCK )<br>RESOURCES OPERATING, INC., a Delaware )<br>corporation, LIME ROCK RESOURCES II-A, )<br>L.P., a Delaware Limited Partnership, )<br>   )<br>   Defendants. ) | |

**NOTICE OF REMOVAL**

Defendants Cabot Oil & Gas Corporation ("Cabot" or "Defendant") respectfully removes this action to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.  Cabot removes this case to this Court because, as more fully set forth below, diversity of citizenship exists and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

**BACKGROUND**

1. On May 4, 2015, Plaintiffs filed a Petition commencing a civil action styled *Sutter Ranch Corp. v. Cabot Oil & Gas Corp.*, No. CJ-2015-7, in the District Court of Ellis County, State of Oklahoma (the "State Court Action").  Plaintiffs sued Cabot, Apache

Corporation ("Apache"), Lime Rock Resources Operating, Inc. and Lime Rock Resources II-A, L.P. (together, "Lime Rock"), Chesapeake Operating, Inc. (now Chesapeake Operating, LLC) ("Chesapeake") and Unit Petroleum Company ("Unit Petroleum"). Plaintiffs filed an Amended Petition on June 5, 2015, and a Second Amended Petition on September 25, 2015. A copy of the Second Amended Petition filed by Plaintiffs in the State Court Action is attached hereto as Exhibit 1.

2. Pursuant to 28 U.S.C. § 1449(a) and LCvR 81.2, Defendant is attaching, as exhibits to this Notice of Removal, copies of all process, pleadings, orders and other papers filed in the State Court Action:

| **Exhibit:** | **Description:** |
|---|---|
| 1. | Second Amended Petition |
| 2. | Docket Sheet for the State Court Action |
| 3. | Petition |
| 4. | Summons (to Cabot Oil and Gas) |
| 5. | Summons (to Lime Rock Resources Inc.) |
| 6. | Proof of Service on Chesapeake Operating |
| 7. | Proof of Service on Apache Corporation |
| 8. | Proof of Service on Lime Rock Resources |
| 9. | Proof of Service on Cabot Oil & Gas Corporation |
| 10. | Proof of Service on Unit Petroleum |
| 11. | Entry of Appearance and Reservation of Time |
| 12. | Special Appearance and Reservation of Time |
| 13. | Entry of Appearance of Lime Rock Resources Operating Inc. |
| 14. | Entry of Appearance of Apache Corporation |
| 15. | Defendant Unit Petroleum Inc's Answer to Plaintiffs' Petition |
| 16. | Amended Petition |
| 17. | Answer of Apache Corporation to Amended Petition |
| 18. | Answer to Plaintiffs' Amended Petition |
| 19. | Answer of Defendant Lime Rock Resources Operating, Inc. to the Plaintiffs' Amended Petition |
| 20. | Chesapeake Defendants' Original Answer |
| 21. | Defendant Unit Petroleum Company's Amended Answer to Plaintiffs' Petition |

| Exhibit: | Description: |
|---|---|
| 22. | Entry of Appearance for Chesapeake Operating, Inc. |
| 23. | Entry of Appearance for Unit Petroleum Company |
| 24. | Scheduling Order |
| 25. | Motion to Add Party Defendant and Modify Name of Defendant Lime Rock Resources Operating Inc. |
| 26. | Order Granting Unopposed Motion to Add Party Defendant and Amend Petition |
| 27. | Defendant Unit Petroleum Company's Second Amended Answer to Plaintiffs' Petition and Counterclaim |
| 28. | Defendant Cabot Oil & Gas Corporation's Unopposed Motion to Enter Amended Scheduling Order |
| 29. | Dismissal |
| 30. | Dismissal (Chesapeake Operating Inc.) |
| 31. | First Amended Scheduling Order |
| 32. | Defendant Cabot Oil & Gas Corporation's Motion to Sever Claims Asserted by Plaintiffs |
| 33. | Defendant Cabot Oil & Gas Corporation's Corrected Motion to Sever Claims Asserted by Plaintiffs |
| 34. | Plaintiff's Response to Defendant Cabot's Motion to Sever Claims |
| 35. | Summons Issued – by Attorney to Lime Rock Resources |
| 36. | Order |
| 37. | Offer of Judgment Pursuant to 12 O.S. 1101.1 |
| 38. | Offer of Judgment Pursuant to 12 O.S. 1101.1 |
| 39. | Unopposed Motion to Withdraw as Counsel of Record |
| 40. | Answer to Plaintiffs' Second Amended Petition |
| 41. | Answer of Apache Corporation to Second Amended Petition |
| 42. | Order |
| 43. | Answer of Defendant's Lime Rock Resources Operating Company, Inc., and Lime Rock Resources II-A, L.P., to the Plaintiffs' Second Amended Petition |
| 44. | Return of Service |
| 45. | Defendant Unit Petroleum Company's Answer to Plaintiffs' Second Amended Petition |
| 46. | Plaintiff Sutter Ranch Mineral Trust's Acceptance to Defendant Unit Petroleum Company's Offer of Judgment |
| 47. | Plaintiff Sutter Ranch Corporation's Acceptance to Defendant Unit Petroleum Company's Offer of Judgment |

| Exhibit: | Description: |
|---|---|
| 48. | Release and Satisfaction of Judgment*[1] |
| 49. | Release and Satisfaction of Judgment* |

3.     As of the time of the filing of this Notice of Removal and except as identified above, there have been no other filings or proceedings in the State Court Action.

## GROUNDS FOR REMOVAL

4.     As demonstrated below, the State Court Action is one over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and, therefore, it may be removed to this Court pursuant to 28 U.S.C. §1441(a).

5.     In their Second Amended Petition, Plaintiffs admit that Sutter Ranch Corporation is an Oklahoma corporation with its principal place of business in Ellis County, Oklahoma, and Sutter Ranch Mineral Trust is an express trust formed under the laws of the State of Oklahoma.  (Exhibit 1 ¶ 1.)

6.     Plaintiffs allege, in their Second Amended Petition, that Chesapeake is an Oklahoma limited liability company. (*Id.* at ¶ 6.)  Plaintiffs' Second Amended Petition does not contain any factual allegations regarding Chesapeake's principal place of business, however, Plaintiffs dismissed Chesapeake from this lawsuit on October 15, 2015. (Exhibits 1, 30.)

7.     Plaintiffs allege, in their Second Amended Petition, that Unit is an Oklahoma corporation. (Exhibit 1 ¶ 4.)  Plaintiffs' Second Amended Petition does not contain any factual allegation regarding Unit's principal place of business.  (*Id.*)   However, on

---

[1] Defendant has not yet been served with documents 48 and 49.  Defendant will supplement its exhibits with documents 48 and 49 upon receipt.

{S333756;}

4

December 17, 2015, Unit made an offer of judgment pursuant to 12 Okla. Stat. § 1101.1(B), which was accepted by Plaintiffs on January 6, 2016, thereby resolving this lawsuit as to Unit. (Exhibits 37-38, 46-47.)

8. Plaintiffs allege, in their Second Amended Petition, that Cabot is a Texas corporation with its principal place of business in Houston, Texas. (Exhibit 1 ¶ 3.)

9. Plaintiffs allege, in their Second Amended Petition, that Apache is a Delaware corporation. (*Id.* at ¶ 5.) Plaintiffs' Second Amended Petition does not contain any factual allegation regarding Apache's principal place of business, however, Defendant represents that Apache's principal place of business is Houston, Texas.

10. Plaintiffs allege, in their Second Amended Petition, that Lime Rock Resources Operating Company, Inc., is a Delaware corporation with a principal place of business in Houston, Texas. (*Id.* at ¶ 7.) Plaintiffs allege Lime Rock Resources II-A, L.P., is a Delaware Limited Partnership. (*Id.*) Plaintiffs Second Amended Petition does not contain any factual allegation regarding the citizenship of Lime Rock Resources II-A, L.P.'s members, however, Defendant represents none of Lime Rock's members are citizens of Oklahoma.

11. Upon Plaintiffs' acceptance of Unit's offers of judgment on January 6, 2016, this action became removable pursuant to 28 U.S.C. § 1446(b)(3), as the four remaining defendants, Cabot, Apache, and Lime Rock are completely diverse from Plaintiffs. *Supra*, ¶¶ 5-10. Unit and Plaintiffs have now filed Release and Satisfaction of Judgments.

12. In their Second Amended Petition, Plaintiffs seek damages exceeding $75,000. (Exhibit 1 ¶ 8.)

{S333756;}

13. Thus, the amount in controversy requirement found in 28 U.S.C. § 1332(b) is also met.

14. Accordingly, this action may be properly removed to this Court, and no further proceedings should be had in the state court.

15. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the District Court for Ellis County, State of Oklahoma and is being served on Plaintiffs.

16. Prior to removal, the State Court Action was pending in the District Court for Ellis County, State of Oklahoma, which is within this judicial district. *See* 28 U.S.C. § 93. Thus, this Court is the proper venue for removal under 28 U.S.C. §§ 1441(a) and 1445(a).

17. None of the remaining defendants to this suit is a citizen of the State of Oklahoma. *See* 28 U.S.C. § 1441(b)(2).

18. Pursuant to 28 U.S.C. § 1446(b)(2)(A), the undersigned is authorized to represent that Apache and Lime Rock consent to Cabot's removal of this case.

WHEREFORE, Defendant Cabot removes this case to the United States District Court for the Western District of Oklahoma, respectfully requests that no further proceedings be had in the District Court for Ellis County, State of Oklahoma, and requests that this Court grant such other and further relief as it deems just and proper.

WHEREFORE, Defendant removes this action to this Court and invokes this Court's jurisdiction.

{S333756;}

Case 5:16-cv-00042-M   Document 1   Filed 01/19/16   Page 7 of 8

Dated: January 19, 2016.

Respectfully submitted,

*s/ Leslie L. Lynch*
Leslie L. Lynch, OBA #15124
Paula M. Williams, OBA #30772
GableGotwals
211 N. Robinson, 15th Floor
Oklahoma City, Oklahoma  73102
(405) 235-5500
(405) 235-2875 fax
*llynch@gablelaw.com*
*pwilliams@gablelaw.com*

***Attorneys for Cabot Oil & Gas Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, a true and correct copy of the foregoing was sent via U.S. Mail, postage paid, to the following counsel of record:

| | |
|---|---|
| Conner L. Helms, OBA No. 12115<br>Gary R. Underwood, OBA No. 9154<br>Erin M. Moore, OBA No. 20787<br>Tiffany K. Peterson, OBA No. 31186<br>Lincoln C. Hatfield, OBA No. 32005<br>HELMS & UNDERWOOD<br>One NE Second Street, Suite 202<br>Oklahoma City, Oklahoma 73104<br>Telephone: ( 405) 319-0700<br>Facsimile; ( 405) 319-9292<br>conner@helmsunderwood.com<br>***Attorneys for Plaintiffs***<br>***Sutter Ranch Corporation &***<br>***Sutter Ranch Mineral Trust*** | ☒ U.S. Mail   ☐ Fax   ☐ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |

{S333756;}


Dated: January 19, 2016.

Respectfully submitted,

*s/ Leslie L. Lynch*
Leslie L. Lynch, OBA #15124
Paula M. Williams, OBA #30772
GableGotwals
211 N. Robinson, 15th Floor
Oklahoma City, Oklahoma  73102
(405) 235-5500
(405) 235-2875 fax
*llynch@gablelaw.com*
*pwilliams@gablelaw.com*

***Attorneys for Cabot Oil & Gas Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, a true and correct copy of the foregoing was sent via U.S. Mail, postage paid, to the following counsel of record:

| | |
|---|---|
| Conner L. Helms, OBA No. 12115<br>Gary R. Underwood, OBA No. 9154<br>Erin M. Moore, OBA No. 20787<br>Tiffany K. Peterson, OBA No. 31186<br>Lincoln C. Hatfield, OBA No. 32005<br>HELMS & UNDERWOOD<br>One NE Second Street, Suite 202<br>Oklahoma City, Oklahoma 73104<br>Telephone: ( 405) 319-0700<br>Facsimile; ( 405) 319-9292<br>conner@helmsunderwood.com<br>***Attorneys for Plaintiffs***<br>***Sutter Ranch Corporation &***<br>***Sutter Ranch Mineral Trust*** | ☒ U.S. Mail   ☐ Fax   ☐ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |

{S333756;}

| | |
|---|---|
| Verland E. (Buddy) Behrens<br>BEHRENS, WHEELER & CHAMBERLAIN<br>6 NE 63rd St, Ste 400<br>Oklahoma City, OK 73105<br>Phone: 405- 848-1014<br>vbehrens@okenergylaw.com<br><br>***Attorneys for Defendants***<br>***Lime Rock Resources Operating, Inc. and Lime Rock Resources II-A, L.P.*** | ☒ U.S. Mail ☐ Fax ☐ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |
| Mark Banner<br>HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.<br>320 S. Boston Ave, Ste 200<br>Tulsa, OK 74103-3706<br>Phone: 918-594-0400<br>Fax: 918-594-0505<br>mbanner@hallestill.com<br>***Attorneys for Defendant***<br>***Apache Corporation*** | ☒ U.S. Mail ☐ Fax ☐ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |

*s/ Leslie L. Lynch*